# Court of Appeals
# of the State of Georgia

ATLANTA,    June 18, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0435. LANA R. RICHARD v. PUBLIC STORAGE, A MARYLAND REAL ESTATE INVESTMENT TRUST.

Lana Richard sued Public Storage, a Maryland Real Estate Investment Trust, for illegal conversion of her property, breach of contract, and fraud in connection with the rental of a self-storage unit. At the conclusion of Richard's evidence in a jury trial, Public Storage moved for a directed verdict, which the trial court granted. The trial court then entered a final judgment in favor of Public Storage on all claims. Richard filed this timely application for discretionary appeal from that order.

The final judgment at issue here is directly appealable under OCGA § 5-6-34 (a) (1). We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Richard shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,    06/18/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*